UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAIRO E. RAMOS,

        Plaintiff,

v.                                                                            Case No. 13-C-44

GARY HAMBLIN,

        Defendant.

## ORDER

Defendant's Motion to Seal Exhibit A at ECF [22] is hereby granted. Good cause has been shown for maintaining the document under seal. Moreover the defendant has refiled the exhibit with the confidential information redacted. The information redacted appears to be the identity of individuals within the prison who provided information in the course of the investigation. Given the sensitive nature of this information and the environment of the prison, the Court concludes that good cause has been shown. Accordingly, the motion is granted and Exhibit A, ECF [22] will be maintained under seal. Given that the document is maintained under seal, there is no reason to strike the filing.

SO ORDERED this __30th__ day of January, 2015.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court